| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

JAMES MCCOY, §
§
      Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:25-CV-428
§
MYKISHA LANDRY, *et al.*, §
§
      Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James McCoy, a prisoner currently confined at the Luther Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On October 27, 2025, the magistrate judge recommended denying Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. § 1915(g) because Plaintiff has accumulated three "strikes," and he did not show that he was in imminent danger at the time he filed this action. Proper notice was sent to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available

evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Although he did not object to the Report and Recommendation, Plaintiff requested an extension of time to pay the filing fee. Because he has had more than ninety days in which to pay the filing fee since this action was filed, the Motion for Extension of Time should be denied, and Plaintiff shall have fourteen days from the date of this Order to pay the filing fee.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#5) is **ADOPTED**. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (#2) and Motion to Bypass Three Strike Bar (#4) are **DENIED**. Plaintiff's Motion for Extension of Time to Pay Filing Fee (#9) is **DENIED**. Plaintiff shall have fourteen days from the date of this Order in which to pay the filing fee of $405.00.

SIGNED at Beaumont, Texas, this 4th day of December, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE